UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

        Petitioner,

   v.

JOHN DOE,

        Respondent.

Case No. 14-cv-01173-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Fisher has failed to comply with the Court's order to perfect his application to proceed *in forma pauperis* ("IFP"), or pay the full filing fee of $5.00. The IFP application is deficient because Fisher has not submitted (1) a Certificate of Funds completed and signed by an authorized prison officer, and (2) a prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Fisher may move to reopen the action. Any such motion **must** contain (1) the two documents listed above, **or** (2) full payment for the filing fee of $5.00. Fisher's IFP application (Docket No. 2) is DENIED as incomplete. His motion to be heard (Docket No. 4) is DENIED as moot. The Clerk shall terminate Docket Nos. 2 and 4, enter judgment in favor of respondent, and close the file.

    **IT IS SO ORDERED.**

**Dated:** April 23, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>        Petitioner,<br><br>  v.<br><br>JOHN DOE,<br><br>        Respondent.<br>_____/ | Case Number: CV14-01173 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Fisher F85263
California Health Care Facility DA-5-111
P.O. Box 32080
Stockton, CA 95218

Dated: April 23, 2014

Richard W. Wieking, Clerk
    By: Jean Davis, Deputy Clerk