1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

             Petitioner,

     v.

JOHN DOE, et al.,

             Respondents.

Case No.   14-cv-01173-WHO (PR)

**ORDER REOPENING ACTION;**

**ORDER OF TRANSFER**

     This federal habeas action was dismissed because petitioner Gary Fisher failed to comply with the Court's order to perfect his application to proceed *in forma pauperis* ("IFP"), or pay the full filing fee of $5.00.  Fisher has since filed a complete IFP application and a motion to reopen.  The motion to reopen (Docket No. 8) is GRANTED.  The action is REOPENED and the Clerk is directed to amend the docket accordingly.

     Although filed as a habeas petition, a review of the original filing shows that Fisher raises civil rights claims against the Office of Appeals of the California Department of Corrections and Rehabilitation in Sacramento or against the appeals coordinators at Sacramento State Prison, both of which lie in the Eastern District of California.  Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the Eastern District.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith, and terminate Docket Nos. 8, 9, and 10.

     **IT IS SO ORDERED.**

**Dated:** August 15, 2014



WILLIAM H. ORRICK
United States District Judge